UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,

        Debtor-in-Possession.

Chapter 11

Case No. 18-13027-t11

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE,
a New Mexico corporation sole,

        Plaintiff,

v.

The U.S. Small Business Administration
and Jovita Corranza, solely as the Administrator
of the U.S. Small Business Administration,

        Defendants.

Adversary No. 20-01026-t

## CERTIFICATE OF SERVICE

The undersigned certifies that service of process (summons, a copy of the complaint, and a copy of the verification of the complaint) was made on April 23, 2020 by:

[] First class United States mail, postage prepaid, to:

[X] Certified mail, return receipt, addressed to:

US Attorney John C. Anderson
Civil Process Clerk
PO Box 607
Albuquerque, NM  87103

US Attorney General William P. Barr
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

US Small Business Administration
409 3rd St, SW
Washington DC 20416

Jovita Corranza, Administrator
US Small Business Administration
409 3rd St, SW
Washington DC 20416

[ ] By leaving the process with the defendant or an officer or agent of defendant at:

[ ] By leaving the process with the following adult at the following residence:

[ ] By publication as follows:

[ ] By other means (describe):

If service of process was made by personal service, I further certify that I am, and at all times during the service of process was, at least 18 years old and not a party to the proceeding.

Under penalty of perjury, I declare that the foregoing is true and correct.

                WALKER & ASSOCIATES, P.C.

                By: *s/ Thomas D. Walker*
                    Thomas D. Walker
                    500 Marquette NW, Suite 650
                    Albuquerque, NM 87102
                    (505) 766-9272
                    twalker@walkerlawpc.com
                Attorneys for Plaintiff